IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Dudzik, Elizabeth A | Case Number: 04 B 22687 |
|---|---|---|
| | Dudzik, Florian J | Judge: Wedoff, Eugene R |
| | Printed: 10/2/07 | Filed: 6/15/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: August 31, 2007
Confirmed: September 2, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 40,952.00 | |
| Secured: | | 5,332.66 |
| Unsecured: | | 30,616.76 |
| Priority: | | 0.00 |
| Administrative: | | 1,810.00 |
| Trustee Fee: | | 2,092.58 |
| Other Funds: | | 1,100.00 |
| Totals: | 40,952.00 | 40,952.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Richard E Sexner | Administrative | 1,810.00 | 1,810.00 |
| 2. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Charter One Auto Finance | Secured | 0.00 | 0.00 |
| 4. | DaimlerChrysler Servs North America | Secured | 5,332.66 | 5,332.66 |
| 5. | Ford Motor Credit Corporation | Secured | 0.00 | 0.00 |
| 6. | Illinois Student Assistance Commission | Unsecured | 8,306.24 | 8,306.24 |
| 7. | RoundUp Funding LLC | Unsecured | 2,447.41 | 2,488.60 |
| 8. | RoundUp Funding LLC | Unsecured | 4,365.63 | 4,439.14 |
| 9. | Discover Financial Services | Unsecured | 2,083.15 | 2,118.22 |
| 10. | Kohl's/Kohl's Dept Stores | Unsecured | 43.23 | 43.96 |
| 11. | Ford Motor Credit Corporation | Unsecured | 288.30 | 293.18 |
| 12. | Resurgent Capital Services | Unsecured | 97.61 | 99.28 |
| 13. | DaimlerChrysler Servs North America | Unsecured | 0.00 | 0.00 |
| 14. | Capital One | Unsecured | 307.89 | 0.00 |
| 15. | Resurgent Capital Services | Unsecured | 4,411.64 | 4,485.84 |
| 16. | ECast Settlement Corp | Unsecured | 2,632.56 | 2,676.91 |
| 17. | Capital One | Unsecured | 343.72 | 0.00 |
| 18. | Bank Of America | Unsecured | 1,327.64 | 1,350.01 |
| 19. | ECast Settlement Corp | Unsecured | 2,954.05 | 3,003.79 |
| 20. | American Express Centurion | Unsecured | 1,183.13 | 1,203.36 |
| 21. | ECast Settlement Corp | Unsecured | 106.45 | 108.23 |
| 22. | Discover Financial Services | Unsecured | | No Claim Filed |
| 23. | Nicor Gas | Unsecured | | No Claim Filed |
| 24. | Bank One | Unsecured | | No Claim Filed |
| 25. | Bank One | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Dudzik, Elizabeth A  
Dudzik, Florian J  
Printed: 10/2/07

Case Number: 04 B 22687  
Judge: Wedoff, Eugene R  
Filed: 6/15/04

| | | | |
|---|---|---|---|
| 26. Universal Bank | Unsecured | | No Claim Filed |
| 27. Best Buy | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 38,041.31 | $ 37,759.42 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 647.13 |
| 4% | 132.84 |
| 3% | 98.98 |
| 5.5% | 548.49 |
| 5% | 158.56 |
| 4.8% | 324.99 |
| 5.4% | 181.59 |
| | _____ |
| | $ 2,092.58 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_